1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RUSLAN A BIZHKO.                          No.  2:21-cv-01137-TLN-CKD

12                   Plaintiff,

13           v.                                 **ORDER**

14    THOMAS MCKINNON, et al.,

15                   Defendants.

16

17           This matter was referred to a United States Magistrate Judge pursuant to Local Rule

18    302(c)(19).  On September 16, 2021, the magistrate judge filed findings and recommendations

19    herein which contained notice that any objections to the findings and recommendations were to

20    be filed within fourteen days.  (ECF N. 4.)  Plaintiff has not objected to the findings and

21    recommendations.

22           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

23    Court has conducted a review of this matter.  The Court finds the findings and recommendations

24    to be supported by the record and by proper analysis.

25           Accordingly, IT IS HEREBY ORDERED:

26           1.   The findings and recommendations filed September 16, 2021 (ECF No. 4), are

27                adopted in full;

28    ///

2.  This action is dismissed for failure to state a claim and failure to prosecute, *see* Fed. R. Civ. P. 41(b); and

3.  The Clerk of the Court is directed to close this case.

**DATE:  November 29, 2021**

Troy L. Nunley
United States District Judge

2