## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RUSLAN A. BIZHKO,**

CASE NO: **2:21–CV–01137–TLN–CKD**

v.

**THOMAS MCKINNON, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/30/21**

**Keith Holland**
Clerk of Court

ENTERED: **November 30, 2021**

by: /s/ A. Benson
Deputy Clerk